UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

JASON E. RHEIN,

Defendant.

Case No.: 09-C-00413

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Ninety Dollars ($490.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

> "Blood Sugar Sex Magik," on album "Blood Sugar Sex Magik," by artist "Red Hot Chili Peppers" (SR# 135-276);
> "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);

"When I Come Around," on album "Dookie," by artist "Green Day" (SR# 185-457);

"Southern Hospitality," on album "Back For the First Time," by artist "Ludacris" (SR# 289-433);

"A Long December," on album "Recovering The Satellites," by artist "Counting Crows" (SR# 226-415);

"Another Brick in the Wall, Pt. 2," on album "The Wall," by artist "Pink Floyd" (SR# 14-787);

"My Way," on album "My Way," by artist "Usher" (SR# 257-730);

"Soon You'll Understand," on album "The Dynasty - Roc La Familia 2000," by artist "Jay-Z" (SR# 295-613);

"Six-Pack Summer," on album "Phil Vassar," by artist "Phil Vassar" (SR# 284-145);

"Thong Song," on album "Unleash The Dragon," by artist "Sisqo" (SR# 277-984)
.

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated this 1st day of July, 2009.

BY THE COURT:

s/ William C. Griesbach
Hon. William C. Griesbach
United States District Judge

2